**1108**

KIRK, Appellant, v. NEW YORK, O. & W. R. CO., Respondent. (Supreme Court, Appellate Division, Third Department. December 7, 1897.) Action by Mary Kirk, as administratrix, against the New York, Ontario & Western Railroad Company. No opinion. Judgment affirmed, with costs.

KOEHLER, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 30, 1897.) Action by Jacob Koehler, Jr., against Nassau Electric Railroad Company. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, unless within 20 days plaintiff stipulates to reduce recovery of damages to $600, and extra allowance proportionately, and, in case of such stipulation, the judgment as modified and order are unanimously affirmed, without costs to either party.

KOENIG et al., Respondents, v. BLOOMGARTEN, Appellant. (Supreme Court, Appellate Division, Second Department. December 31, 1897.) Action by Edward Koenig and others against Henry Bloomgarten. No opinion. Motion for reargument granted. See 47 N. Y. Supp. 1138.

KRAMER v. BJORRUM. (Supreme Court, Appellate Division, First Department. December 31, 1897.) Action by Daniel Kramer against Ernst A. T. Bjorrum. No opinion. Motion denied. See 46 N. Y. Supp. 496.

KUNEY et al., Respondents, v. ERIE & NIAGARA COUNTY FARMERS' INS. ASS'N, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.) Action by Frank B. Kuney and another against the Erie & Niagara County Farmers' Insurance Association. No opinion. Judgment and order affirmed, with costs.

LANE, Respondent, v. CITY OF SYRACUSE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.) Action by Mary Lane against the city of Syracuse and the Syracuse & East Side Railway Company. No opinion. Judgment and order affirmed, with costs. See 42 N. Y. Supp. 219.

LANGIN, Respondent, v. TRUSTEES OF NEW YORK AND BROOKLYN BRIDGE, Appellants. (Supreme Court, Appellate Division, Second Department. May 11, 1897.) Action by Bridget Langin, an infant, etc., against the trustees of the New York and Brooklyn Bridge. No opinion. Motion for reargument denied. See 42 N. Y. Supp. 353.

LANSING, Respondent, v. CONEY ISLAND & B. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 30, 1897.) Action by Ruth Lansing, an infant, by William H. Lansing, her guardian ad litem, respondent, against the Coney Island & Brooklyn Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs. See 45 N. Y. Supp. 120.

LEAKE, Plaintiff, v. ROCHESTER & I. R. CO., Defendant. (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.) Action by Andrew J. Leake against the Rochester & Irondequoit Railroad Company. No opinion. Motion for a new trial denied, with costs, and judgment ordered for the defendant on the verdict, with costs.

LE SEUR, Respondent, v. ANGER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.) Action by James A. Le Seur, as receiver, etc., against Philip Anger, and another, impleaded, etc. No opinion. Judgment affirmed, with costs.

In re LEWIS' WILL. (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.) Action in the matter of the last will and testament of Richard D. Lewis, deceased. No opinion. Decree of the surrogate's court of Monroe county affirmed, with costs, and order of the special term affirmed, with costs to the respondent, payable out of the estate.

LLOYD v. BALLANTINE. (Supreme Court, Appellate Division, First Department. December 10, 1897.) Action by Charles N. Lloyd against Amelia H. Ballantine. No opinion. Appeal dismissed. See 45 N. Y. Supp. 809.

LYMAN v. McGREIVEY et al. (Supreme Court, Appellate Division, Third Department. November 30, 1897.) Action by Henry H. Lyman, as state commissioner of excise, against John C. McGreivey and others. No opinion. Motion granted.

LYTH v. GREEN et al. (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.) Action by Alfred Lyth against Edward J. Green and James L. Baldwin. No opinion. Reference ordered to Hon. George Clinton. Stipulation and order filed with the clerk. See 47 N. Y. Supp. 478.

McCLEARY, Respondent, v. ANGER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.) Action by John McCleary against Philip Anger and another, impleaded, etc. No opinion. Judgment affirmed, with costs.

McCORMACK, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 21, 1897.) Action by Ann McCormack, as administratrix, etc., against the Nassau Electric Railroad Company. No opinion. Motion for leave to appeal to the court of appeals denied. See 46 N. Y. Supp. 230.